### 4806.    HALL *v.* ROEHR & COMPANY.

RUSSELL, J. "Where the only questions presented for review by this court arise upon rulings by the court below on the trial of the issue raised by a special plea to the jurisdiction, which was not sustained by the verdict thereon returned, and it appears that neither a reversal of any one or more of such rulings nor a setting aside of such verdict would operate to terminate the main case, but would leave the same still pending, the writ of error is premature and must be dismissed." *Ross* v. *Mercer*, 115 *Ga.* 353 (41 S. E. 594). See also, *State Mutual Association* v. *Kemp*, 115 *Ga.* 355 (41 S. E. 652); *Warren* v. *Blevins*, 94 *Ga.* 215 (21 S. E. 459). *Writ of error dismissed.*

DECIDED SEPTEMBER 23, 1913.

Trover; from city court of Bainbridge—Judge Spooner. March 7, 1913.

*R. G. Hartsfield,* for plaintiff in error. *J. C. Hale,* contra.